## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| YASIN KNIGHT,<br><br>   Plaintiff<br><br>   v.<br><br>AMERICAN EDUCATION SERVICES,<br><br>   Defendant | )<br>)<br>)<br>)<br>)<br>) Case No.: 1:18-cv-00171-JHR-AMD<br>)<br>)<br>)<br>) |

### NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint without prejudice.

Dated: February 22, 2018          BY: */s/ Amy L. Bennecoff Ginsburg*
                                   Amy L. Bennecoff Ginsburg, Esquire
                                   Kimmel & Silverman, P.C.
                                   30 East Butler Pike
                                   Ambler, PA 19002
                                   Phone: (215) 540-8888 ext. 167
                                   Facsimile: (877) 788-2864
                                   Email: aginsburg@creditlaw.com
                                   Attorney for Plaintiff

## Certificate of Service

I hereby certify that on this 22th day of February, 2018, a true and correct copy of the foregoing pleading served via mail to the below:

**American Education Services**
**1200 North Seventh Street**
**Harrisburg PA 17102-1444**

*/s/ Amy L. Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg Esquire
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888 ext. 167
Facsimile: (877) 788-2864
Email:aginsburg@creditlaw.com
Attorney for Plaintiff